[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12725

Non-Argument Calendar

_____

WILLIAM L. APGAR, JR.,

Plaintiff-Appellant,

*versus*

UNITED STATES OF AMERICA,

Defendant- Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:21-mc-00017-JA-PRL

_____

Before ROSENBAUM, ABUDU, and WILSON, Circuit Judges.

PER CURIAM:

Matthew Cavender, appointed counsel for William Apgar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Apgar's conviction and sentence are **AFFIRMED**. Apgar's motion for appointment of new counsel is **DENIED** as moot.